United States District Court
Southern District of Texas
**ENTERED**
February 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THERESA M. LYDIC., | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 3:20-CV-344 |
| DELTA OUTSOURCE GROUP, INC., | § § | |
| Defendant. | § § | |

## **CONDITIONAL DISMISSAL ORDER**

The court has been advised that a settlement has been reached between the parties. Dkt. 11. Accordingly, it is hereby;

Ordered that Lydic's claims against Delta Outsource Group, Inc. in the above-styled case are dismissed without prejudice to refiling, unless any party represents in a writing filed with the court on or before Monday, February 22, 2021, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the Court on or before Monday, February 22, 2021.

All pending motions are hereby denied as moot.

Signed on Galveston Island on this the 11th day of February, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE