Case 3:20-cv-00344   Document 18   Filed on 03/10/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THERESA M. LYDIC., | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 3:20-CV-344 |
| DELTA OUTSOURCE GROUP, INC., | § § § | |
| Defendant. | § § | |

## **ORDER OF DISMISSAL**

On March 9, 2021, the parties jointly filed a stipulation of dismissal with prejudice (Dkt. 17) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The court acknowledges the stipulation.

Accordingly, it is hereby ordered that all claims asserted against any party in the above-captioned lawsuit are hereby dismissed with prejudice to their being re-filed.

Each party shall bear its own costs and attorneys' fees.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this 10th day of March, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE